**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: September 15, 2009**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   JOANN VAUGHN                                                   CASE NO. 07-14219
   2550 MEYERHILL DRIVE                               (CHAPTER 13)
   CINCINNATI, OH 45211                                 J. VINCENT AUG

               Debtor
SSN(1) XXX-XX-8804
─────────────────────────────────────────────────────────
ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN
─────────────────────────────────────────────────────────

   This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss for FAILURE to make plan payments.

   IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

   IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtor be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtor's estate in care of Debtor's Counsel minus administrative costs.

COPIES TO:

JOANN VAUGHN, Debtor
2550 MEYERHILL DRIVE
CINCINNATI, OH  45211

GOERING & GOERING, Attorney for Debtor
220 WEST 3RD STREET
CINCINNATI, OH  45202

MARGARET A BURKS, TRUSTEE, Chapter 13 Trustee
CHAPTER 13 TRUSTEE
600 VINE, SUITE 2200
CINCINNATI, OH  45202

U.S. TRUSTEE, United States Trustee
36 EAST 7TH ST.
SUITE 2030
CINCINNATI, OH  45202

ALL CREDITORS

**# # #**